SANOFI–AVENTIS, Sanofi–Synthelabo, Inc., and Bristol–Myers Squibb Sanofi Pharmaceuticals Holding Partnership, Plaintiffs–Appellees,

v.

TEVA PHARMACEUTICALS USA, INC., Defendant–Appellant.

No. 2007–1521.

United States Court of Appeals,
Federal Circuit.

July 30, 2009.

Evan R. Chesler, Richard J. Stark, David Noah Greenwald, Cravath Swaine & Moore LLP, Robert L. Baechtold, John D. Murnane, William E. Solander, Fitzpatrick, Cella, Harper & Scinto, New York, NY, for Plaintiffs–Appellees.

Daniel F. Attridge, Michael D. Shumsky, Kirkland & Ellis LLP, Washington, DC, for Defendant–Appellant.

Before MAYER, CLEVENGER, and RADER, Circuit Judges.

## ON MOTION

### ORDER

MAYER, Circuit Judge.

Sanofi–Aventis et al. (Sanofi) submit correspondence that the court treats as a motion for summary affirmance and issuance of the mandate. Sanofi states that Teva Pharmaceuticals USA, Inc. consents.

This appeal was stayed pending the court's disposition of *Sanofi–Aventis v. Apotex*, 2007–1438. In *Apotex*, the court affirmed the district court's ruling that Sanofi's patent was not invalid. Sanofi states that Sanofi and Teva agree that, in light of the court's disposition in *Apotex*, this appeal should be disposed of by issuance of a mandate affirming the trial court's decision.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The judgment of the United States District Court for the Southern District of New York is summarily affirmed and the mandate is issued herewith.

(2) Each side shall bear its own costs.